6 A.3d 439

PHILIP E. HAHN, PLAINTIFF–PETITIONER, v. THE UNIVERSITY
OF MEDICINE AND DENTISTRY OF NEW JERSEY, IN NEW-
ARK, NEW JERSEY AND MARCO ZARBIN, DEFENDANTS–
RESPONDENTS.

October 7, 2010.

Denied.

6 A.3d 440

PAUL BUCCI, PLAINTIFF–RESPONDENT, v. FOUR SEASONS
RIDGEWOOD SALES, DEFENDANT–PETITIONER.

October 8, 2010.

It is ORDERED that the petition for certification is granted,
and the matter is summarily remanded to the Superior Court,
Law Division—Special Civil Part, for entry of an amended judg-
ment which shall reflect a new filed date no earlier than the date
the amended judgment is signed, and which amended judgment
shall be served by the Special Civil Part clerk on all parties within
seven days of the new filed date. Jurisdiction is not retained.